**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| United States of America | Case No. 4:25-cr-00101-SMR-HCA |
| vs. | |
| Elizabeth Margarita Vargas, Jose Alfredo Moreno Hernandez | ORDER CONTINUING TRIAL |

At the request of the (Defendant)/Government, _____73, 75_____, trial in this case is continued. Pursuant to 18 U.S.C. § 3161, IT IS ORDERED that the time between the motion and new trial date is excluded from Speedy Trial Act calculations. The Court finds that a continuance is in the interest of justice, which outweighs the interests of the public and Defendant(s) in a speedy trial, for the following reasons:

    ____    Delay associated with proceedings to determine competency. 18 U.S.C. § 3161(h)(1)(A).

            Delay associated with the need to resolve pretrial motions. 18 U.S.C. § 3161(h)(1)(D).

            Delay associated with consideration by the Court of a proposed plea agreement. 18 U.S.C. § 3161(h)(1)(G).

            Delay associated with absence or unavailability of the defendant or an essential witness. 18 U.S.C. § 3161(h)(3)(A).

            Reasonable delay for a defendant who is joined for trial with a co-defendant(s) whose time for speedy trial has not elapsed, and no motion for severance has been granted. 18 U.S.C. § 3161(h)(6).

            Case is so unusual or complex that it is unreasonable to expect adequate preparation for pretrial and/or trial proceedings without allowing additional time. 18 U.S.C. § 3161(h)(7)(B)(ii).

            Case is not unusual or complex, but defendant(s) needs time to retain counsel or have continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

    ✔    A failure to grant a continuance will deny reasonable time necessary for adequate preparation for trial, even with the exercise of due diligence by the parties. 18 U.S.C. § 3161(h)(7)(B)(iv).

            Other:_____

<u>New Trial Date and Deadlines:</u>

Trial Shall begin: <u>May 18, 2026</u>_____.
A separate Order may be entered with requirements for trial preparation and specific motions.

Discovery Completed/Supplemented by:_____

Reciprocal Discovery Due:_____

Pretrial Motions Shall be Filed: _____

Plea Notification Deadline: <u>April 10, 2026</u>_____

Plea Entry Deadline: <u>April 17, 2026</u>_____;
Entry of plea after this deadline may impact consideration for Acceptance of Responsibility under U.S.S.C. Guidelines § 3E1.1.

Status Conference (Counsel Only) set:_____.

Final Pretrial Conference Set: _____.

Dated this __8th__ day of ___January, 2026___.

_____
Helen C. Adams, U.S. Magistrate Judge